

# NUMBER 13-17-00650-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| XAVIER PEREZ, | Appellant, |
|---|---|

v.

| THE STATE OF TEXAS, | Appellee. |
|---|---|

### On appeal from the 445th District Court
### of Cameron County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

This matter is currently before the Court on a motion filed by appellant's appointed counsel, Rebecca E. RuBane, seeking a third extension of time to file the appellate brief in this matter. Appellant's brief was originally due on March 7, 2018. This Court granted counsel's first request for a 90-day extension of time to file the brief. Counsel's second request for a 60-day extension of time to file the brief was granted with order to file the

brief on or before August 6, 2018. Counsel was informed that no further extensions would be granted absent exigent circumstances. Nevertheless, counsel failed to file the brief by this deadline and has requested another extension of time of 30 days to file the brief.

Appellant is entitled to effective assistance of counsel. We have a duty to ensure that appellant's rights are protected. Accordingly, we DENY counsel's third motion for extension of time and ABATE and REMAND this matter to the trial court with instructions to remove Rebecca A. RuBane as counsel for appellant and appoint new appellate counsel in her place. The name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order of appointment. The trial court shall cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

Appellant's brief will be due within thirty days of the date that appellant's new counsel is appointed.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 42.2(b).

Delivered and filed this the
13th day of August, 2018.